IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

JO L. CARR,

    Plaintiff,

     v.

MID-ATLANTIC FINANCIAL
SERVICES, INC., et al.,

    Defendants.

CIVIL ACTION FILE
NO. 1:10-CV-477-TWT

## ORDER

    This is a pro se civil action arising out of a foreclosure proceeding. It is before the Court on the Report and Recommendation [Doc. 18] of the Magistrate Judge. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Defendant Mid-Atlantic is dismissed for lack of service. The Motions to Dismiss [Doc. 11 & 15] of MERS and HSBC are GRANTED. The Motion to Dismiss [Doc. 6] of Wells Fargo is GRANTED in part and DENIED in part.

    SO ORDERED, this 19 day of August, 2010.

                        /s/Thomas W. Thrash
                        THOMAS W. THRASH, JR.
                        United States District Judge

T:\ORDERS\10\Carr\r&r.wpd