IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

JO L. CARR,

    Plaintiff,

      v.

MID-ATLANTIC FINANCIAL
SERVICES, INC., et al.,

    Defendants.

CIVIL ACTION FILE
NO. 1:10-CV-477-TWT

## ORDER

This is a pro se civil action arising out of a foreclosure proceeding. It is before the Court on the Report and Recommendation [Doc. 32] of the Magistrate Judge recommending that this action be dismissed with prejudice based upon the Plaintiff's failure to comply with an order of the Court. I approve and adopt the Report and Recommendation as the judgment of the Court. This action is DISMISSED with prejudice.

SO ORDERED, this 3 day of December, 2010.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\10\Carr\r&r2.wpd